114 A.3d 831

**DNB FIRST, N.A., Appellee**

v.

**William B. FRETZ Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued May 6, 2015.

Decided May 12, 2015.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**